# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PERMANENT GENERAL ASSURANCE CORPORATION,**

    **Plaintiff,**

v.                                                 Case No: 6:17-cv-1363-Orl-31TBS

**TINA BYRD, EDWIN GROSS, LILLIAN NELUBOVICH and DOUGLAS REYNOLDS,**

    **Defendants.**

## ORDER

This cause comes before the Court upon consideration of the Report and Recommendation entered *sua sponte* by the United States Magistrate Judge on August 23, 2017 (Doc. 14). The report recommends that this action be dismissed for lack of subject matter jurisdiction. No objections have been filed. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    The complaint is **DISMISSED** without prejudice.

    3.    The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 13, 2017.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party